**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tawan Antonio CAMPBELL,**
**Defendant–Appellant.**

**No. 01–7807.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 29, 2002.

Tawan Antonio Campbell, Pro Se. James G. Warwick, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Tawan Antonio Campbell seeks to appeal the district court's order denying his motion filed under 18 U.S.C.A. § 3582(c)(2) (West 2000), and construed by the district court as a successive motion for relief under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Campbell,* Nos. CR–96–65–S; CA–01–1918–S (D. Md. filed Oct. 10, 2001; entered Oct. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*